Robert A. Faucher (ISB #4745)
rafaucher@hollandhart.com
Kirk J. Houston (ISB #9055)
kjhouston@hollandhart.com
HOLLAND & HART LLP
800 W. Main Street, Ste. 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Michael Hartley

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-00450-TLM |
| FARMERS GRAIN, LLC, | Chapter 11 |
| Debtor, | |
| FARMERS GRAIN, LLC, an Oregon Limited Liability Company, | Adversary No. 17-06018-TLM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| DC LAND OPERATING COMPANY, LLC, an Idaho limited liability company; BILL ZEIGLER, an individual; CHRIS UNRUH, an individual; MICHAEL HARTLEY, an individual and d/b/a HARTLEY FARMS and d/b/a DOUBLE H FARMS; ENSZ FARMS, an Idaho Partnership' GORDON TROUT, an individual; LLOYDE SAUNDERS, an individual; RALPH THORNLEY FARMS, LLC, an Oregon limited liability company; RIVERCREST FARMS, LLC, an Idaho limited liability company; ROGER LANG, an individual; SCOTT CRUICKSHANK, an individual; STANDAGE FARMS, INC., an Oregon corporation; WATSON AGRICULTURE, INC., an Oregon corporation; WBH FARMS, LLC, an Oregon limited liability company; RABO AGRIFINANCE, LLC, a Delaware limited liability company formerly known as Rabo AgriFinance, Inc.; DOES 1 – 20, | |
| Defendants. | |

**NOTICE OF APPEARANCE - 1**

Kirk J. Houston, of Holland & Hart LLP, hereby enters an appearance in this case on behalf of Michael Hartley ("Creditor"), and requests:

1. That he be provided with copies of all documents or pleadings filed in the case;

2. That he be included in the master mailing list as the attorney for Creditor; and

3. That he be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

> Kirk J. Houston
> Holland & Hart LLP
> P.O. Box 2527
> Boise, ID  83701
> kjhouston@hollandhart.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct shall constitute a waiver of Creditor's rights including, but not limited to:

1. The right to have any and all final orders in any and all <u>Stern</u> and non-core matters entered only after de novo review by a United States District Court Judge;

2. The right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

3. The right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

**NOTICE OF APPEARANCE - 2**

4. All other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Creditor is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED July 21, 2017

HOLLAND & HART LLP

By /s/ Kirk J. Houston
  Kirk J. Houston

**NOTICE OF APPEARANCE - 3**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew Christensen, representing Plaintiff
Mtc@angstman.com

/s/  *Kirk J. Houston*
for HOLLAND & HART LLP

10025551_1.docx

**NOTICE OF APPEARANCE - 4**